

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00385-CR

Raymond **ZAPATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6346
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 29, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice